UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
08-2954-DUBE'

UNITED STATES OF AMERICA,
          Plaintiff,

v.

JUAN ECHEVARRIA,
          Defendant(s).
_____/

## ORDER FOR TRANSFER OF FUNDS

**THIS MATTER** is before the Court upon the posting of funds into the Court Registry for the United States District Court for the Southern District of New York in *United States of America v. Juan Echevarria*, case number 08 MAG 1589 (S/D NY). This Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1)     The Clerk of Court for the Southern District of Florida shall transfer the funds posted as bond in *United States of America v. Juan Echevarria*, case number 08 MAG 1589 (S/D NY), in the amount of $5,000.00, receipt number 232836, plus any accrued interest therein, to the United States District Court for the Southern District of New York.

DONE AND ORDERED at    Miami, Florida, this **26** day of September, 2008.

                                                    ROBERT L. DUBE'
                                                    UNITED STATES MAGISTRATE JUDGE

cc: Financial Section